428 A.2d 237

Commonwealth v. Whitner, Appellant.

Submitted March 31, 1978. Timothy Savage, for appellant; Eric B. Henson, Assistant District Attorney, for Commonwealth, appellee.

Before JACOBS, P. J., and HOFFMAN, CERCONE, PRICE, VAN der VOORT, SPAETH and HESTER, JJ.

Judgment of sentence affirmed.

HOFFMAN and SPAETH, JJ., concurred in the result.

JACOBS, former P. J., did not participate in the consideration or decision of this case.

428 A.2d 237

Commonwealth v. Williams, Appellant.

Submitted March 12, 1979. Nathaniel W. Boyd, IV, for appellant; John C. Uhler, District Attorney, for Commonwealth, appellee.

Before SPAETH, HESTER and MONTGOMERY, JJ.

Order affirmed.